■ DONNA CHURCH et al., Plaintiffs, v ARTHUR MAROTTA et al., Defendants and Third-Party Plaintiffs-Respondents. GOVERNMENT EMPLOYEES INSURANCE CO., INC., Also Known as GEICO, Third-Party Defendant-Appellant. [720 NYS2d 840] —In an action to recover damages for personal injuries, the third-party defendant appeals from an order of the Supreme Court, Nassau County (Burke, J.), entered May 12, 2000, which denied its motion for summary judgment dismissing the third-party complaint.

Ordered that the order is affirmed, with costs payable to the defendants.

The third-party complaint alleges that the appellant insurance carrier is obligated to defend and indemnify the third-party plaintiffs in the main action under a general homeowner's insurance policy. The Supreme Court properly denied the appellant's motion for summary judgment as there is no evidence that the appellant notified the third-party plaintiffs of the non-renewal of their homeowner's policy or that the homeowner's policy had been converted to a fire/dwelling policy (*see,* Insurance Law § 3426 [e] [1]). Santucci, J. P., Altman, Luciano and H. Miller, JJ., concur.